Castel, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

LUMINENT MORTGAGE CAPITAL, INC.;
MINERVA MORTGAGE FINANCE
CORPORATION; and MERCURY MORTGAGE
FINANCE STATUTORY TRUST,

      Plaintiffs/Counterclaim-Defendants,

v.

HSBC SECURITIES (USA) INC.,

      Defendant/Counterclaimant.

------------------------------------------------------------ X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-09

07 Civ. 9340 (PKC)

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all of the parties in the above-captioned matter that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action, including any claims, counterclaims and causes of action asserted by any of the parties therein, is dismissed with prejudice and without costs to any party.

Dated: September 14, 2009
New York, New York

_____
Peter S. Partee
Scott H. Bernstein
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
(212) 309-1000

*Counsel for Luminent Mortgage Capital, Inc.,
Minerva Mortgage Finance Corp., and*

_____
Jeffrey A. Rosenthal
A Member of the Firm
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York New York 10006
(212) 225-2000

*Counsel for HSBC Securities (USA) Inc.*

Mercury Mortgage Finance Statutory Trust

SO ORDERED.   ALL MOTIONS TERMINATED, CASE CLOSED.

*[signature]*

United States District Judge
Dated: 9/23, 2009